AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DEBORAH JETTER, *et al.* ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:20-cv-581 |
| CITY OF CINCINNATI ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties have settled all issues in this matter; This case is DISMISSED with prejudice; The Court retains jurisdiction over the claims asserted in the action for the purpose of enforcement and adjudication of any disputes arising under the Settlement Agreement and Complete Release of Claims, executed on February 8, 2024.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, U.S. District Judge

Date: 2/21/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*